# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Charles Willis Lamb <br> *Plaintiff* <br> v. <br> Kirkland Correctional Institution Doctor <br> *Defendant* | Civil Action No. 8:10-cv-00728-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* recover from the defendant *(name)* the amount of dollars ($ ), which includes prejudgment interest at the rate of %, plus postjudgment interest at the rate of %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)* .

■ other: Complaint is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge without a jury and the above decision was reached.

■ decided by Judge Cameron McGowan Currie on the record. on a motion for

Date: May 25, 2010        *CLERK OF COURT*

s/Nora Chandler, Deputy Clerk
*Signature of Clerk or Deputy Clerk*